## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN PSYCHOLOGICAL ASSOCIATION, 750 First Street, N.E. Washington D.C. 20002-4242 (A Not-For-Profit D.C. Corporation), | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. _____ |
| v. | ) ) | |
| ABEBOOKS INC., 655 Tyee Road, Suite 500 Victoria, British Columbia Canada V9A 6X5 (A British Columbia Corporation), | ) ) ) ) ) ) | **COMPLAINT & JURY DEMAND** |
| Defendant. | ) ) | |

Plaintiff, AMERICAN PSYCHOLOGICAL ASSOCIATION ("Plaintiff" or "APA"), as

and for its Complaint against Defendant, ABEBOOKS INC. ("Defendant" or "ABE"), alleges as

follows:

### INTRODUCTION

1.      By this action, Plaintiff seeks a declaration that its accused activities in

connection with the mark APA BOOKS do not violate the asserted trademark rights of

Defendant in connection with the mark ABEBOOKS. Plaintiff additionally seeks cancellation of

Defendant's federal registrations for the marks ABEBOOKS.COM and ABEBOOKS. Plaintiff

also seeks relief for Defendant's acts of trademark infringement, false designation of origin, and

unfair competition for Defendant's violation of Plaintiff's trademark rights.

### JURISDICTION AND VENUE

2.      This is a civil action for (a) a declaratory judgment that Plaintiff's accused

activities in connection with the mark APA BOOKS do not violate the asserted trademark rights

of Defendant, (b) cancellation of Defendant's federal registrations for the marks ABEBOOKS.COM and ABEBOOKS, (c) trademark infringement, (d) false designation of origin, and (e) unfair competition.

3.      This case arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, the Trademark Act, 15 U.S.C. §§ 1051, *et seq.*, and the laws of the District of Columbia. The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1338(a) and (b), 1367(a), 2201 and 2202, and 15 U.S.C. §§ 1119 and 1121.

4.      Upon information and belief, this Court has personal jurisdiction over Defendant pursuant to D.C. Code §§ 13-423(a)(1), (2), (3), and/or (4) because Defendant (a) transacts business in the District of Columbia, (b) contracts to supply services in the District of Columbia, (c) is causing tortious injury in the District of Columbia by acts committed in the District of Columbia, and/or (d) is causing tortious injury in the District of Columbia by acts committed outside of the District of Columbia, and Defendant regularly does and/or solicits business, engages in other persistent courses of conduct, and/or derives substantial revenue from products used or consumed, or services rendered, in the District of Columbia.

5.      Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b), (c) and (d).

## BACKGROUND

### The Parties

6.      Plaintiff, AMERICAN PSYCHOLOGICAL ASSOCIATION ("Plaintiff" or "APA"), is a not-for-profit corporation organized and existing under the laws of the District of Columbia, and is doing business at 750 First Street, N.E., Washington, D.C. 20002-4242.

7.      Upon information and belief, Defendant, ABEBOOKS INC. ("Defendant" or "ABE"), is a corporation organized and existing under the laws of British Columbia, Canada,

and has an address for a place of business located at 655 Tyee Road, Suite 500, Victoria, British Columbia, Canada V9A 6X5.

**Plaintiff – American Psychological Association**

8.      Plaintiff APA is a scientific and professional organization that represents the interests of psychology in the United States. The APA advances psychology as a science and profession and as a means of promoting health, education, and human welfare. It does so through the promulgation and maintenance of professional standards, educational programs and materials, and a wide variety of psychology-related resources.

9.      The APA uses the trademarks and service marks APA BOOKS, a fanciful LEAF Design, PUBLICATION MANUAL, MAGINATION PRESS and AMERICAN PSYCHOLOGICAL ASSOCIATION, and other trademarks and service marks, by themselves and in connection with other terms and/or designs ("the APA Marks"), to promote its products and services. The APA's materials, which number in the hundreds, include books (for children and adults), journals, research databases, computer software, videos, brochures, newsletters, and magazines. Many of the APA's publication products are promoted, advertised and offered for sale via the APA's official web site, http://www.apa.org.

10.     Services offered by the APA in connection with the APA Marks include psychologist locator services, career databases, and a consumer help center that provides quality of life information.

11.     The APA is the owner of the following marks, and the federal trademark and/or service mark registrations therefor:

| Mark/<br>Reg. No. | Reg. No. | Date Issued | Goods/Services |
|---|---|---|---|
| THESAURUS OF PSYCHOLOGICAL INDEX TERMS | 2,076,703 | July 8, 1997 | Pre-recorded audio tapes, compact disks, and CD-ROMs, all in the field of behavioral and social sciences, in International Class 9;<br><br>Periodically revised printed journals in the field of behavioral and social sciences, in International Class 16; and<br><br>Providing information in the field of behavioral and social sciences by means of an on-line database, in International Class 42. |
|  | 2,362,298 | June 27, 2000 | Printed materials, namely, a guide to assist in the writing of scholarly papers in the fields of psychology and the social sciences, in International Class 16. |
| PUBLICATION MANUAL OF THE AMERICAN PSYCHOLOGICAL ASSOCIATION | 2,445,780 | April 24, 2001 | Publication, namely printed guide to assist in the writing of scholarly papers in the field of psychology and the social sciences, in International Class 16. |
| PUBLICATION MANUAL | 2,548,813 | March 19, 2002 | Printed guide to assist in the writing of scholarly papers in the fields of psychology and the social sciences, in International Class 16. |
| AMERICAN PSYCHOLOGICAL ASSOCIATION | 2,568,980 | May 14, 2002 | Publications; namely journals, newsletters, magazines, pamphlets, books, monographs, all pertaining to the psychological and social sciences, in International Class 16;<br><br>Electronic transmission of information pertaining to the psychological and social science, via the global computer network, in International Class 38;<br><br>Educational services, namely, arranging and conducting educational conferences and forums [ in the ] in the field of social and psychological sciences; computer services, namely, providing an on-line database in the field of psychological and social sciences, in International Class 41; and |

4

| Mark/ Reg. No. | Reg. No. | Date Issued | Goods/Services |
|---|---|---|---|
| | | | Information dissemination services; namely, retrieving and providing printed and electronically disseminated articles pertaining to the psychological and social sciences, in International Class 42. |
| MAGINATION PRESS | 2,639,008 | October 22, 2002 | Series of books in the field of parental counseling for children's problems and issues, in International Class 16. |
| LAW & MENTAL HEALTH PROFESSIONALS | 2,930,256 | March 8, 2005 | Series of non-fiction books pertaining to issues of interest to practitioners in the psychological and social sciences, in International Class 16. |

12.    In addition, commencing well before any priority date that has been or could be claimed by Defendant, APA has used the mark APA BOOKS in connection with the publishing, promotion and sale of books, other printed matter and various database and information services directed to the psychological and social sciences.

13.    As a result of the sale and promotion of its goods and services in connection with the APA Marks, Plaintiff has acquired goodwill among the relevant purchasing public for its marks.

14.    On March 14, 2007, APA filed with the U.S. Patent and Trademark Office ("USPTO") Application Serial No. 77/130,508 to register the mark APABOOKS (the "APABOOKS Application"). As published for Opposition, the APABOOKS Application recites the following goods and services: "electronic journals pertaining to behavioral, psychological and social science topics recorded on computer media" in International Class 9; "series of printed books pertaining to behavioral, psychological and social sciences" in International Class 16; "providing computerized databases in the field of behavioral and social psychology" in International Class 44.

**Defendant - AbeBooks, Inc.**

15.    Defendant operates and/or sponsors a commercial web site whose home page is located at the URL http://www.abebooks.com.

16.    Upon information and belief, Defendant ABE promotes itself as an online marketplace for new, used, rare, and out-of-print books from numerous booksellers. ABE claims to offer its affiliated booksellers a range of services including dedicated support, inventory management software, and interactive websites through which to sell their merchandise.

17.    Upon information and belief, ABE has ongoing continuous and systematic contractual and/or commercial relationships with numerous affiliated booksellers located in the District of Columbia.

18.    Upon information and belief, booksellers located in the District of Columbia take advantage of the online sales facilitation and related financial services offered by ABE.

19.    Upon information and belief, ABE derives revenue from its contractual and/or commercial relationships with affiliated booksellers located in the District of Columbia.

20.    Upon information and belief, ABE continually advertises and promotes the online sale of new, used, rare, and out-of-print books from numerous booksellers, to businesses and/or residents located in the District of Columbia.

21.    Upon information and belief, ABE provides online retail sales services of new, used, rare, and out-of-print books from numerous booksellers, to businesses and/or residents located in the District of Columbia.

22.    Upon information and belief, ABE derives revenue from providing online retail sales services of new, used, rare, and out-of-print books from numerous booksellers, to businesses and/or residents located in the District of Columbia.

6

23.    Defendant ABE claims to be the owner of the following marks, and the federal trademark and/or service mark registrations therefor:

| Mark/<br>Reg. No. | Reg. No. | Date Issued | Goods/Services |
|---|---|---|---|
| ABEBOOKS.COM | 2,682,429 | February 4, 2003 | Database management software for use in the field of books and book sellers, IN International Class 9; and |
| | | | Providing an on-line electronic database on global computer networks in the field of retail services featuring books and booksellers; providing a website on global computer networks featuring information in the fields of books and locating books; computerized on-line retail store services in the field of books; retail store services featuring books; retail store services featuring books, namely, operation of stand-alone computer terminals in retail establishments that provide information related to locating and purchasing books, in International Class 35. |
| ABEBOOKS | 2,825,209 | March 23, 2004 | Providing an on-line electronic database on global computer networks in the field of retail services featuring books and booksellers; providing a website on global computer networks featuring consumer information in the fields of books and locating books; computerized on-line retail store services in the field of books; retail store services featuring books; retail store services featuring books, namely, operation of stand-alone computer terminals in retail establishments that provide information related to locating and purchasing books; compilation of databases for others in the field of books and booksellers, in International Class 35. |
| ABEBOOKS | 3,016,106 | November 15, 2005 | Database management software for use in the field of books and book sellers, in International Class 9. |

## Facts Giving Rise to the Instant Dispute

24.    On December 20, 2007, ABE's counsel, Michael E. Mangelson, Esquire ("Mr. Mangelson"), wrote a letter ("ABE's Letter") to APA's counsel, Kathleen Cooney-Porter, Esquire ("Ms. Cooney-Porter").

25.     ABE's Letter asserts that APA's use and sought-after registration of the APA BOOKS mark infringes and dilutes ABE's asserted ABEBOOKS and ABEBOOKS.COM marks. ABE's Letter also threatens that it will oppose registration of APA's APABOOKS mark, which is the subject of APA's pending APABOOKS Application before the USPTO.  In fact, ABE has preserved its right to oppose registration of the APABOOKS Application with the Trademark Trial and Appeal Board (the "TTAB" or "Board") of the USPTO.

26.     APA denies that its use or sought-after registration of the APA BOOKS mark and/or APABOOKS mark infringes or dilutes ABE's asserted ABEBOOKS and ABEBOOKS.COM marks.  However, if likelihood of confusion or dilution is found, it is APA who has priority with respect to the use in commerce of the mark APA BOOKS in connection with the publishing, promotion and sale of books, other printed matter and various database and information services directed to the psychological and social sciences.

27.     Based on the foregoing, the parties have a definite and concrete dispute touching upon their legal relations having adverse legal interests.  The parties' dispute is real and substantial, and may be the subject of specific relief through a decree of conclusive character, as distinguished from an advisory opinion of what the law would be upon a hypothetical state of facts.  The parties' dispute is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

28.     ABE has taken a position that places APA in the position of either pursuing what ABE claims is illegal behavior or abandoning that which APA claims it has a right to do.  ABE has asserted its trademark rights based upon certain ongoing activities of APA, where APA contends it has the right to continue using its APA BOOKS mark without a license or permission from ABE.

8

29.    Further, it has come to APA's attention that ABE, on its http://www.abebooks.com web site, facilitates the online sale of books and other printed materials published by the APA (the "APA Materials"). Accompanying the descriptions (or "book details") of several of the APA Materials offered for sale on ABE's http://www.abebooks.com web site are images of the front covers of said Materials (the "APA Images").

30.    Next to each APA Image on ABE's web site is a hyperlink that says "View Larger Image." When the hyperlink is accessed, underneath the larger APA Image appears the following text: "This photo was provided by the publisher and is not the actual image of the item available from this bookseller." (Emphasis Added).

31.    The APA Images used by ABE on its website depict several of APA's federally registered trademarks, as noted above. APA has never granted permission to ABE to use the images of front covers of the APA Materials for any purpose.

32.    ABE's uses of the APA Images containing APA's trademarks constitute uses of these marks in commerce.

33.    ABE's uses of the APA Images containing APA's trademarks without permission are likely to lead to confusion as to the source or origin of ABE's products and/or services, in that purchasers and users of ABE's products and/or services are likely to believe that they originate from, are sponsored by, or are in some way are associated with the APA.

34.    ABE's uses of the APA Images containing APA's trademarks without permission constitute an injury to APA's business reputation.

35.    ABE's uses of the APA Images containing APA's trademarks without permission constitute unfair competition and false designation of origin in violation of federal and District of

9

Columbia law.

36.    On information and belief, the activities of ABE complained of herein continue in spite of ABE's knowledge of APA's Marks and APA's federal registrations for these marks. ABE continues to use the APA Images containing APA's trademarks without permission in connection with the online advertising and/or sale of APA Materials – services over which APA has no control as to the quality thereof.

37.    The activities of ABE complained of herein have damaged and are continuing to damage APA.

38.    On information and belief, the activities of ABE complained of herein were committed and are being committed willfully and intentionally in knowing disregard of APA's rights.

39.    The wrongful activities of ABE alleged herein have unjustly enriched ABE to the damage and detriment of APA.

40.    The wrongful activities of ABE alleged above have irreparably harmed and continue to irreparably harm APA, and these activities will continue unless enjoined by this Court.

## COUNT I
### Request for Declaration of Non-Infringement, No Dilution, No Unfair Competition and Non-Liability for Any Other Purported Violation of the Alleged Trademark Rights of AbeBooks Inc.

41.    APA incorporates paragraphs 1-40 above as if fully set forth at length.

42.    ABE is unable to show that APA has infringed ABE's rights in the marks ABEBOOKS and/or ABEBOOKS.COM under the Trademark Act, and more particularly 15 U.S.C. §§ 1114(1) or 1125(a), or any equivalent infringement cause of action under applicable state law.

43.    ABE is unable to show that its marks ABEBOOKS and/or ABEBOOKS.COM qualify for dilution protection under the Trademark Act, and more particularly 15 U.S.C. § 1125(c), or any equivalent dilution cause of action under applicable state law.

44.    ABE is unable to show that APA has diluted ABE's rights in the marks ABEBOOKS and/or ABEBOOKS.COM under the Trademark Act, and more particularly 15 U.S.C. § 1125(c), or any equivalent dilution cause of action under applicable state law.

45.    ABE is unable to show that APA has unfairly competed with ABE under the Trademark Act, and more particularly 15 U.S.C. § 1125(a), or any equivalent unfair competition cause(s) of action under applicable state law.

46.    Based upon the foregoing, APA is entitled to judgment declaring that it has not infringed, diluted, or otherwise violated the purported trademark rights of ABE with respect to the marks ABEBOOKS and/or ABEBOOKS.COM, or otherwise unfairly competed with ABE, pursuant to 28 U.S.C. §§ 2201 and 2202.

## COUNT II
### Cancellation of Defendant's Trademark Registrations

47.    APA incorporates paragraphs 1-40 above as if fully set forth at length.

48.    As previously stated, APA denies that its use or sought-after registration of the APA BOOKS mark infringes or dilutes ABE's asserted ABEBOOKS and ABEBOOKS.COM marks.  However, if likelihood of confusion or dilution is found, it is APA who has priority with respect to the use in commerce of the mark APA BOOKS.

49.    In any action involving a registered mark, the Court may determine the right to registration, order the cancellation of registrations, and otherwise rectify the register with respect to any party to the action — pursuant to 15 U.S.C. §1119.

50.    Therefore, APA is entitled to judgment canceling the federal registrations of

11

ABE's asserted ABEBOOKS and ABEBOOKS.COM marks, as noted above, namely, U.S. Reg. Nos. 2,682,429; 2,825,209; and 3,016,106.

## COUNT III
### Federal Trademark Infringement

51.    APA incorporates paragraphs 1-40 above as if fully set forth at length.

52.    Defendant's conduct — i.e., using the APA Images containing APA's trademarks without permission — constitutes federal trademark infringement under 15 U.S.C. §1114(1).

53.    During the period in which Defendant is infringing, APA has no adequate remedy at law.

## COUNT IV
### Federal False Designation of Origin

54.    APA incorporates paragraphs 1-40 above as if fully set forth at length.

55.    Defendant's conduct — i.e., using the APA Images containing APA's trademarks without permission — constitutes federal false designation of origin under 15 U.S.C. §1125(a).

56.    During the period in which Defendant's activities continue, APA has no adequate remedy at law.

## COUNT V
### Common Law Trademark Infringement

57.    APA incorporates paragraphs 1-40 above as if fully set forth at length.

58.    Defendant's conduct — i.e., using the APA Images containing APA's trademarks without permission — constitutes trademark infringement under the common law of the District of Columbia.

59.    During the period in which Defendant is infringing, APA has no adequate remedy at law.

## COUNT VI
## Common Law Unfair Competition

60.     APA incorporates paragraphs 1-40 above as if fully set forth at length.

61.     Defendant's conduct — i.e., using the APA Images containing APA's trademarks without permission — constitutes unfair competition under the common law of the District of Columbia.

62.     During the period in which Defendant's activities continue, APA has no adequate remedy at law.

### Relief Requested

APA respectfully requests:

a.      Issuance of a judgment declaring that it has not infringed, diluted, or otherwise violated the purported trademark rights of ABE with respect to the marks ABEBOOKS and/or ABEBOOKS.COM;

63.     Issuance of a judgment canceling the federal registrations of ABE's asserted ABEBOOKS and ABEBOOKS.COM marks, as noted above, namely, U.S. Reg. Nos. 2,682,429; 2,825,209; and 3,016,106;

a.      An injunction temporarily, preliminarily and permanently enjoining Defendant, its affiliated companies, directors, officers, employees, agents, successors and assigns from using the APA Images containing APA's trademarks without permission, and from any other continued acts of trademark infringement, false designation of origin, or unfair competition;

a.      An award of Defendant's profits and a trebling thereof;

b.      An award of Plaintiffs' damages and a trebling thereof;

c.      An award of punitive damages for Defendant's acts of common law trademark infringement and common law unfair competition;

13

d.  The seizure, delivery and destruction of Defendant's infringing products, samples, packaging, advertisements, digital reproductions, and any other materials incorporating or reproducing the APA Images containing APA's trademarks without permission;

e.  Plaintiffs' attorneys' fees because this is an exceptional case;

f.  Plaintiffs' costs; and

g.  Such other and further relief as the Court deems appropriate.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Dated:  January 7, 2007                   By:  _Jonathan Hudis_____

Jonathan Hudis
(D.C. Bar No. 418872)
Kathleen Cooney-Porter
(D.C. Bar No. 434526)
1940 Duke Street
Alexandria, Virginia 22314
(703) 413-3000
Fax: (703) 413-2220
E-Mail: jhudis@oblon.com

Attorneys for Plaintiff
AMERICAN PSYCHOLOGICAL ASSOCIATION

KCP:JH:klb {I:\ATTY\KCP\APA\AbeBooks\Pleadings\3087-320519US-CPL_010708.DOC}

14

**DEMAND FOR JURY TRIAL**

Plaintiff, AMERICAN PSYCHOLOGICAL ASSOCIATION, pursuant to Rule 38, Fed.

R. Civ. P., herein demands a trial by jury in the captioned action for all issues so triable.

Respectfully submitted,

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.

Dated:  January 7, 2007            By: _Jonathan Hudis_

Jonathan Hudis
(D.C. Bar No. 418872)
Kathleen Cooney-Porter
(D.C. Bar No. 434526)
1940 Duke Street
Alexandria, Virginia 22314
(703) 413-3000
Fax: (703) 413-2220
E-Mail: jhudis@oblon.com

Attorneys for Plaintiff
AMERICAN PSYCHOLOGICAL ASSOCIATION

15

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>**(EXCEPT IN U.S. PLAINTIFF CASES)** | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>**(IN U.S. PLAINTIFF CASES ONLY)**<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

1 U.S. Government Plaintiff

2 U.S. Government Defendant

3 Federal Question (U.S. Government Not a Party)

4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### A. *Antitrust*

410 Antitrust

### B. *Personal Injury/Malpractice*

310 Airplane
315 Airplane Product Liability
320 Assault, Libel & Slander
330 Federal Employers Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury
362 Medical Malpractice
365 Product Liability
368 Asbestos Product Liability

### C. *Administrative Agency Review*

**151 Medicare Act**

**Social Security:**
861 HIA ((1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g)
864 SSID Title XVI
865 RSI (405(g)
**Other Statutes**
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
890 Other Statutory Actions (If Administrative Agency is Involved)

### D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

### E. *General Civil (Other)*   OR   F. *Pro Se General Civil*

**Real Property**
210 Land Condemnation
220 Foreclosure
230 Rent, Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

**Personal Property**
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

**Bankruptcy**
422 Appeal 28 USC 158
423 Withdrawal 28 USC 157

**Prisoner Petitions**
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Condition

**Property Rights**
820 Copyrights
830 Patent
840 Trademark

**Federal Tax Suits**
870 Taxes (US plaintiff or defendant
871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
610 Agriculture
620 Other Food &Drug
625 Drug Related Seizure of Property 21 USC 881
630 Liquor Laws
640 RR & Truck
650 Airline Regs
660 Occupational Safety/Health
690 Other

**Other Statutes**
400 State Reapportionment
430 Banks & Banking
450 Commerce/ICC Rates/etc.
460 Deportation

470 Racketeer Influenced & Corrupt Organizations
480 Consumer Credit
490 Cable/Satellite TV
810 Selective Service
850 Securities/Commodities/ Exchange
875 Customer Challenge 12 USC 3410
900 Appeal of fee determination under equal access to Justice
950 Constitutionality of State Statutes
890 Other Statutory Actions (if not administrative agency review or Privacy Act

| **G.** *Habeas Corpus/ 2255* | **H.** *Employment Discrimination* | **I.** *FOIA/PRIVACY ACT* | **J.** *Student Loan* |
|---|---|---|---|
| 530 Habeas Corpus-General<br>510 Motion/Vacate Sentence | 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | 895 Freedom of Information Act<br>890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| **K.** *Labor/ERISA (non-employment)* | **L.** *Other Civil Rights (non-employment)* | **M.** *Contract* | **N.** *Three-Judge Court* |
|---|---|---|---|
| 710 Fair Labor Standards Act<br>720 Labor/Mgmt. Relations<br>730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>740 Labor Railway Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc. Security Act | 441 Voting (if not Voting Rights<br>Act)<br>443 Housing/Accommodations<br>444 Welfare<br>440 Other Civil Rights<br>445 American w/Disabilities-<br>Employment<br>446 Americans w/Disabilities-<br>Other | 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment &<br>Enforcement of Judgment<br>153 Recovery of Overpayment of<br>Veteran's Benefits<br>160 Stockholder's Suits<br>190 Other Contracts<br>195 Contract Product Liability<br>196 Franchise | 441 Civil Rights-Voting<br>(if Voting Rights Act) |

## V. ORIGIN

| 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multi district Litigation | 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

---

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES          NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY | (See instruction)     YES     NO | If yes, please complete related case form. |
|---|---|---|

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.          COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.        CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

IV.       CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.       CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.      RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.