# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | |
|---|---|
| American Psychological Association<br>750 First Street, N.E.<br>Washington, DC 20002-4242,<br><br>            Plaintiff,<br><br>      v.<br><br>AbeBooks Inc.<br>655 Tyee Road Suite 500<br>Victoria, British Columbia<br>Canada V9A 6X5,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08-cv-00030<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF A LAWSUIT
AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To:    Michael E. Mangelson, Esquire
       STOEL RIVES LLP
       201 S. Main Street, Suite 1100
       Salt Lake City, Utah 84111

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive (on behalf of defendant) formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within at least 60 days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the

complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on your client. And I will ask the Court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

|  |  |
|---|---|
| Dated: January 8, 2007 | OBLON, SPIVAK, McCLELLAND, MAIER & NEUSTADT, P.C.<br><br>By: _/s/ Jonathan Hudis_<br>Jonathan Hudis<br>(D.C. Bar No. 418872)<br>Kathleen Cooney-Porter<br>(D.C. Bar No. 434526)<br>1940 Duke Street<br>Alexandria, Virginia 22314<br>(703) 413-3000<br>Fax: (703) 413-2220<br>E-Mail: jhudis@oblon.com<br><br>Attorneys for Plaintiff<br>AMERICAN PSYCHOLOGICAL ASSOCIATION |