UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

American Psychological Association )
750 First Street, N.E. )
Washington, DC 20002-4242, )
 )
       Plaintiff, )
   v. )   Civil Action No. 1:08-cv-00030
 )
AbeBooks Inc. )
655 Tyee Road Suite 500 )
Victoria, British Columbia )
Canada V9A 6X5, )

       Defendant,

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Hudis and Kathleen Cooney-Porter

    I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

    I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

    I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

    I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 90 days from January 8, 2008, the date when this request was sent. If I fail to do so, a default judgment may be entered against me or the entity I represent.

Date: February 5, 2008

_____
Michael E. Mangelson
STOEL RIVES LLP
201 S. Main Street, Suite 1100
Salt Lake City, Utah 84111
memangelson@stoel.com
(801) 578-6903