# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN PSYCHOLOGICAL ASSOCIATION,<br>750 First Street, N.E.<br>Washington D.C. 20002-4242<br>(A Not-For-Profit D.C. Corporation),<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ABEBOOKS INC.,<br>655 Tyee Road, Suite 500<br>Victoria, British Columbia<br>Canada V9A 6X5<br>(A British Columbia Corporation),<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:08-cv-00030 (RWR)<br>)<br>)<br>)<br>)<br>) **NOTICE OF DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>) |

PLEASE TAKE NOTICE that Plaintiff, AMERICAN PSYCHOLOGICAL ASSOCIATION, pursuant to Rule 41(a)(1), Fed. R. Civ. P., and a settlement reached between the parties, herein dismisses the captioned action *without prejudice*, with all parties to bear their own costs and counsel fees.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　OBLON, SPIVAK, McCLELLAND,
　　　　　　　　　　　　　　　　　MAIER & NEUSTADT, P.C.

Dated: March 6, 2008　　　　　By: /s/
　　　　　　　　　　　　　　　　Jonathan Hudis
　　　　　　　　　　　　　　　　(D.C. Bar No. 418872)
　　　　　　　　　　　　　　　　Kathleen Cooney-Porter
　　　　　　　　　　　　　　　　(D.C. Bar No. 434526)
　　　　　　　　　　　　　　　　1940 Duke Street
　　　　　　　　　　　　　　　　Alexandria, Virginia 22314
　　　　　　　　　　　　　　　　(703) 413-3000
　　　　　　　　　　　　　　　　Fax: (703) 413-2220
　　　　　　　　　　　　　　　　E-Mail: jhudis@oblon.com

　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　AMERICAN PSYCHOLOGICAL ASSOCIATION

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing **NOTICE OF DISMISSAL** was served on Defendant's designated agent as follows, this 6th day of March, 2008, by sending same by First Class Mail, postage prepaid, to:

> Michael E. Mangelson, Esquire
> STOEL RIVES LLP
> 201 S. Main Street, Suite 1100
> Salt Lake City, Utah 84111

/s/
Jonathan Hudis
(D.C. Bar No. 418872)
OBLON, SPIVAK, McCLELLAND,
  MAIER & NEUSTADT, P.C.
1940 Duke Street
Alexandria, Virginia 22314