✎ AO 120 (Rev. 3/04)

| TO:  Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court _____OF COLUMBIA_____ on the following ☐ Patents or    X Trademarks:

| DOCKET NO.<br>08-0030 | DATE FILED<br>1/7/08 | U.S. DISTRICT COURT<br>for the District of Columbia |
|---|---|---|
| PLAINTIFF<br>AMERICAN PSYCHOLOGICAL ASSOCIATION<br>750 First Street, NE<br>Washington, D.C. 20002-4242 | | DEFENDANT<br>ABEBOOKS, INC.<br>655 Tyee Road, Suite 500<br>Victoria, British Columbia<br>Canada V9A 6X5 |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,682,429 | 2/4/03 | ABEBOOKS, INC. |
| 2 | 2,825,209 | 3/23/04 | ABEBOOKS,INC. |
| 3 | 3,016,106 | 11/15/05 | ABEBOOKS, INIC. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,076,703 | 7/8/97 | AMERICAN PSYCHOLOGICAL ASSOCIATION |
| 2 | 2,445,780 | 4/24/01 | AMERICAN PSYCHOLOGICAL ASSOCIATION |
| 3 | 2,548,813 | 3/19/02 | AMERICAN PSYCHOLOGICAL ASSOCIATION |
| 4 | 2,568,980 | 5/14/02 | AMERICAN PSYCHOLOGICAL ASSOCIATION |
| 5 | 2,6,39,008 | 10/22/02 | AMERICAN PSYCHOLOGICAL ASSOCIATION |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT<br>3/6/08 THIS CASE WAS VOLUNTARILY DISMISSED AS SETTLED. |
|---|

| CLERK<br>Nancy Mayer-Whittington, Clerk by Joe Burgess | (BY) DEPUTY CLERK | DATE<br>6/30/08 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**